## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT/ARREST WARRANT

I, Brad Smith, Special Agent, Drug Enforcement Administration (DEA), Hampton, Virginia, being duly sworn, state the following:

1.     I am a Special Agent with the United States Drug Enforcement Administration (DEA), where I have worked since November 2003. Before joining the DEA, I was a police officer for seven years in Hampton, Virginia, spending three of those years assigned to a narcotics investigation unit and two years as a Task Force Agent assigned to the Bureau of Alcohol, Tobacco and Firearms (ATF). With DEA I was assigned to the DEA Miami Field Division until October 2016 when I transferred to the Washington Field Division and am currently assigned to the Hampton Post of Duty. I have received specialized training regarding the detection and investigation of drug trafficking organizations while with the police department and DEA. I have also acquired knowledge regarding these subject areas through practical experience by participating in narcotics investigations during my work with the police department and DEA.

2.     I have probable cause to believe that Maro Antonio GARCIA-Morales, Luis Geraldo PICO-Bastardo and Segundo Gonzalo LUCAS-Veliz have committed the following offense in violation of federal law: Manufacture, Distribution, or Possession of a Controlled Substance on a Vessel (46 U.S.C. § 70503). Your affiant is aware these crimes may be prosecuted in any district of the United States. (46 U.S.C. § 70504).

## PROBABLE CAUSE IN SUPPORT OF ARREST WARRANT

3.     Since November 2018, members of the DEA Hampton Post of Duty, in partnership with HSI Norfolk and Coast Guard Investigative Services, have been investigating maritime smuggling operations based on the Pacific coast of Colombia. Your affiant is aware

that drug trafficking organizations will utilize vessels such as Go-Fast Vessels, hereafter referred to as GFV, to transport multi-hundred-kilogram shipments of narcotics from the west coast of Colombia to awaiting transfer vessels or destinations throughout Central America or Mexico with the final destination being the United States for distribution.

4. On January 31, 2025, United States Coast Guard (USCG) Cutter Stone located a target of interest, described as an opened hulled GFV with three outboard engines and fuel barrels on the deck, approximately 550 nautical miles south of Mexico in international waters. USCG Stone launched a helicopter as well as a small boat and diverted to intercept the GFV. The Coast Guard helicopter utilized warning shots and the GFV became compliant.

5. After gaining positive control of the GFV a USCG boarding team encountered Maro Antonio GARCIA-Morales, Luis Geraldo PICO-Bastardo and Segundo Gonzalo LUCAS-Veliz. The boarding team observed packages as well as fuel barrels onboard the GFV with no indicia of nationality. No claim of nationality was made by the crew of the GFV, no flag was flown and neither a home port nor registration documents were located. The packages on deck were found to contain approximately 1,160 kilograms of a substance that field tested positive for cocaine. All three mariners found aboard the GFV were detained and are being transferred to the Eastern District of Virginia for prosecution.

WHEREFORE, based upon the above information, your Affiant believes probable cause exists to charge Maro Antonio GARCIA-Morales, Luis Geraldo PICO-Bastardo and Segundo Gonzalo LUCAS-Veliz with Manufacture, Distribution, or Possession of a Controlled Substance on a Vessel (46 U.S.C. § 70503).

FURTHER YOUR AFFIANT SAYETH NOT.

Reviewed by:

Eric M. Hurt
Assistant United States Attorney

Brad Smith, Special Agent
Drug Enforcement Administration

Sworn and subscribed to
before me on this
10th day of February 2025

Larry Leonard
United States Magistrate Judge
Newport News, Virginia